UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00069 |
| | ) | JUDGE CAMPBELL |
| JONATHAN WASHINGTON | ) | |

### ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 6). The Court held a hearing on the Petition on August 16, 2012. By agreement of the parties, the Court will hold a status conference on February 15, 2013, at 10:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE